DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:      (415) 554-3837
E-Mail:         sean.connolly@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHRISTOPHER SAMAYOA AND EDRIC TALUSAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY O'NEIL, individually and as successor-in-interest to Decedent KEITA O'NEIL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; CHRISTOPHER SAMAYOA, individually and in his capacity as a City of San Francisco Police Officer; EDRIC TALUSAN, individually and in his official capacity as a San Francisco Police Officer; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 17-cv-07190 JCS<br><br>**[PROPOSED] STIPULATION RETURNING ERRATA DOCUMENT PRODUCTION AND DESTROYING ANY AND ALL COPIES; VERIFICATION OF SAME; [PROPOSED] ORDER** |

The parties to the above caption action have met and conferred and stipulate as follows:

WHEREAS, on or about November 28, 2018, defendants in the above entitled action, in the

course of discovery, produced to plaintiff two "thumb drives" that contained documents Bates-

stamped "CONFIDENTIAL CCSF-O'NEIL_001248 – 001279";

1  WHEREAS, the production CCSF-O'NEIL_001248 – 001279 consisted of audio recordings,

2  video recordings, photographs, and other media contained in the homicide investigation file related to

3  the incident giving rise to this lawsuit;

4  WHEREAS, a majority of the document production CCSF-O'NEIL_001248 – 001279

5  included highly sensitive autopsy photographs taken by the Medical Examiner;

6  WHEREAS, the production CCSF-O'NEIL_001248 – 001279 was designated "confidential";

7  WHEREAS, upon further examination it was discovered that each of the documents contained

8  in that production were not Bates-stamped, nor were they identified as subject to the Court's protective

9  order.  (Rather than a Bates number assigned to each document, only the electronic folder file was

10  assigned a Bates number);

11  WHEREAS, this oversight resulted in the production of hundreds of highly sensitive

12  documents without a case identification, Bates stamp, or confidential designation;

13  WHEREAS, on June 12, 2019, defendants re-produced to plaintiff the exact same documents,

14  with individual Bates numbers assigned to each audio file, video file, and photograph, and which are

15  now Bates-stamped "CONFIDENTIAL CCSF-O'NEIL_005000 - 006533" and also include a

16  "protective order" and "confidential" designation;

17  THEREFORE, plaintiff agrees to return the original documents included on the two thumb-

18  drives and destroy all copies.

19  ////

20  ////

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

THEREFORE, undersigned plaintiff counsel hereby verifies that the original thumb drives containing CCSF-O'NEIL_001248 – 001279 have been returned to defendants, that a diligent search for all copies has been conducted, and that all copies have been destroyed.

Dated:  June 12, 2019

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
SEAN F. CONNOLLY
Deputy City Attorney

By: _____
SEAN F. CONNOLLY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHRISTOPHER SAMAYOA AND EDRIC TALUSAN

Dated:  June 12, 2019

LAW OFFICES OF JOHN L. BURRIS

By: : /s/ Adante Pointer
ADANTE POINTER

Attorneys for Plaintiff
JUDY O'NEIL

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE ABOVE STIPULATION, WHICH IS HEREBY INCORPORATED, IT IS SO ORDERED.

Dated:_____July 19, 2019_____

HONORABLE MAGISTRATE JOSEPH C. SPERO
UNITED STATES DISTRICT COURT