UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JUDY O'NEIL,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 17-cv-07190-JCS(LB)<br><br>**ORDER DIRECTING AN IN-PERSON MEETING BETWEEN PLAINTIFF AND HER COUNSEL, A SUBEQUENT UPDATE TO THE COURT, AND AVAILABILITY FOR A TELEPHONIC SETTLEMENT CONFERENCE.** |

The court held an in-person settlement conference today. The court previously allowed the plaintiff Judy O'Neil to participate by telephone based on the understanding that she would be with her attorney at the hospital where she is being treated as an in-patient, and that she would participate fully by telephone. Despite that arrangement, Ms. O'Neil did not appear by telephone as directed.

Under the circumstances, the court orders the plaintiff's counsel (John Burris, Adante Pointer, Melissa Nold, or other counsel of record) to meet with Ms. O'Neil in person as soon as is practicable, preferably this weekend. That meeting will be a confidential attorney-client visit to take place at the hospital, which the court understands is CPMG at the Davies campus.

After that meeting, the court orders the plaintiff's counsel to respond to the court's proposal of settlement by email to the court's personal email address as soon as is practicable and in any event, by no later than Monday, August 5, 2019. If another settlement conference is needed, the

ORDER – No. 17-cv-07190-JCS

court has modest availability on Monday, August 12, 2019, and Tuesday, August 13, 2019, and orders that the plaintiff and her counsel meet in person at the hospital and participate by telephone from there during the entire settlement conference.

The court warns the plaintiff that a consequence of her failure to participate in her settlement conference includes sanctions, including monetary sanctions, and ultimately, dismissal of her case for her failure to prosecute it.

**IT IS SO ORDERED.**

Dated: August 2, 2019

LAUREL BEELER
United States Magistrate Judge