DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
HUNTER W. SIMS III, State Bar #266039
RENÉE E. ROSENBLIT, State Bar #304983
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3843 [Adams]
Telephone:    (415) 554-4259 [Sims]
Telephone:    (415) 554-3853 [Rosenblit]
Facsimile:    (415) 554-3837
E-Mail:       cheryl.adams@sfcityatty.org
E-Mail:       hunter.sims@sfcityatty.org
E-Mail:       renee.rosenblit@sfcityatty.org
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHRISTOPHER SAMAYOA AND EDRIC TALUSAN

JOHN L. BURRIS, Esq. SBN 69888
ADANTÉ D. POINTER Esq. SBN 236229
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY O'NEIL, individually and as successor-in-interest to Decedent KEITA O'NEIL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; CHRISTOPHER SAMAYOA, individually and in his capacity as a City of San Francisco Police Officer; EDRIC TALUSAN, individually and in his official capacity as a San Francisco Police Officer; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 17-cv-07190 JCS<br><br>**JOINT FURTHER STATUS CONFERENCE STATEMENT**<br><br>Hearing Date:  October 11, 2019<br>Time:         2:00 p.m.<br>Place:        Courtroom G, 15th Floor<br><br>Trial Date:   Not Set |

Joint Further Case Management Conf. Statement
O'Neil v. CCSF, et al., No. 17-cv-7190 JCS
1
n:\lit\li2019\180642\01397551.docx

Plaintiff JUDY O'NEIL and Defendants CITY AND COUNTY OF SAN FRANCISCO, CHRISTOPHER SAMAYOA and EDRIC TALUSAN by and through their respective attorneys of record hereby submit this Further Case Management Statement for consideration at the October 11, 2019 Further Case Management Conference.

**FURTHER CASE MANAGEMENT STATEMENT**

**I.   STATUS OF CASE AND PLAINITFF'S MOTION TO APPOINT A GUARDIAN AD LITEM**

Pursuant to the Court's original pre-trial order, the parties attended a settlement conference before Magistrate Laurel Beeler on August 2, 2019.  Dkt. 67.  Thereafter, it came to the attention of Plaintiff's counsel that Plaintiff was experiencing a medical issue that necessitated the appointment of a guardian ad litem to represent her interests in the case.  The parties raised the issue with the Court at the last Case Management Conference, on August 16, 2019.  Plaintiff indicated she would file a motion for appointment of a guardian.

By minute order of August 16, 2019, the Court vacated the trial date and all pre-trial deadlines, and stayed the case until at least this Case Management Conference.  Dkt. 71.  The Court directed Plaintiffs to file a motion for appointment of a guardian, to be heard before the current Case Management Conference.  *Id*.  Plaintiff filed a Motion to Appoint April Green as Guardian Ad Litem of Plaintiff Judy O'Neil (hereinafter "Motion") on September 6, 2019.  Dkt. 75, 76.  Defendants filed a conditional non-opposition to the Motion on September 23, 2019.  Dkt. 77.  On September 27, 2019, Plaintiff filed a request to withdraw the motion for appointment of a guardian.  Dkt. 78.  Plaintiff's request was made on the ground that additional information needed to be investigated and/or resolved regarding Ms. Green's ability to serve as a Guardian ad Litem for Ms. O'Neil.  *Id*.  Plaintiff requested, in the alternative, that the Court deny the motion for appointment of a guardian, without prejudice.  *Id*.  The Court denied Plaintiff's Motion without prejudice on October 2, 2019.  Dkt. 79.

Since the last Case Management Conference, the parties also participated in a scheduling conference all with Magistrate Judge Beeler.  Judge Beeler set a further Settlement Conference for October 31, 2019.  Dkt. 74.

**A.     Defendants' Position**

The documents Plaintiff filed under seal in support of her motion demonstrate that Plaintiff requires a guardian.  Plaintiff currently lacks capacity to sue on her own behalf.  FRCP 17.  This issue must be resolved before this matter can proceed further.  To that end, Defendants request that the current stay remain in place and that every effort be made to resolve the issues that have delayed appointment of a guardian.  Defendants are hopeful that a guardian may be appointed in time for the parties to attend the current Settlement Conference with Judge Beeler, on October 31, 2019.

**B.     Plaintiff's Position**

The documents Plaintiff filed under seal in support of her motion demonstrate that Plaintiff requires a guardian.  Plaintiff currently lacks capacity to sue on her own behalf.  FRCP 17.  The parties are in the midst of resolving this issue so that this matter can proceed further.  To that end, the Parties request that the current stay remain in place.  The Parties are hopeful that a guardian may be appointed in time for the parties to attend the current Settlement Conference with Judge Beeler, on October 31.

Dated:  October 4, 2019      **LAW OFFICES OF JOHN L. BURRIS**

　　　　　　　　　　　　　　　　　 */s/ Adante D. Pointer*
　　　　　　　　　　　　　　　　　ADANTE D. POINTER
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated:  October 4, 2019      **OFFICE OF THE CITY ATTORNEY**

　　　　　　　　　　　　　　　　　 */s/ Cheryl Adams*
　　　　　　　　　　　　　　　　　CHERYL ADAMS
　　　　　　　　　　　　　　　　　CHIEF TRIAL DEPUTY
　　　　　　　　　　　　　　　　　Attorneys for Defendants