JOHN L. BURRIS, Esq. SBN 69888
ADANTÉ D. POINTER Esq. SBN 236229
MELISSA C. NOLD, Esq., SBN
PATRICK BUELNA, Esq. SBN
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
meliss.nold@johnburrislaw.com
Patrick.buelna@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY O'NEIL, individually and as successor-in-interest to Decedent KEITA O'NEIL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; CHRISTOPHER SAMAYOA, individually and in his capacity as a City of San Francisco Police Officer; EDRIC TALUSAN, individually and in his official capacity as a San Francisco Police Officer; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 17-cv-07190 JCS<br><br>**[PROPOSED] ORDER APPOINTING APRIL GREEN AS GUARDIAN AD LITEM** |

THE COURT HEREBY ORDERS that Plaintiff JUDY O'NEIL'S Motion to Appoint her biological sister, APRIL GREEN as her guardian ad litem in this matter is hereby GRANTED. Ms. GREEN is hereby authorized to manage, supervise and make decisions concerning this instant action, including but not limited to, responding to discovery; completing any necessary documents; continuing to prosecute or alternatively dismiss any and/or all causes of actions as pled in this action; making, accepting or declining settlement proposals; and managing the distribution, allocation and/or expenditure of any funds arising out of a jury verdict or settlement agreement.

IT IS SO ORDERED.

Dated: November 6, 2019



HON. J_____
CHIEF _____ JUDGE
OF THE NORTHERN DISTRICT OF CALIFORNIA