UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY O'NEIL,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 17-cv-07190-JCS<br><br>**ORDER REGARDING DISTRICT ATTORNEY INVESTIGATION** |

This civil case was stayed for more than one year pending a decision by the San Francisco District Attorney on whether to bring criminal charges against Defendants Christopher Samayoa and Edric Talusan. Defense counsel at the San Francisco City Attorney's Office has been unable to determine when the District Attorney is likely to complete his investigation and decide whether to bring charges. Based on the lack of any foreseeable date by which such a decision might be made, the Court has now lifted the stay and ordered non-expert discovery completed no later than the end of this year.

In order to guide the parties' discovery efforts and further case management by the Court, however, the Court requests that the District Attorney file a response to this order no later than September 11, 2020 stating when the District Attorney expects to reach a decision on whether to bring criminal charges against Samayoa and/or Talusan. Defendants shall serve a copy of this order on the District Attorney's Office no later than August 21, 2020 by any means reasonably calculated to provide actual notice and file proof of service to that effect.

**IT IS SO ORDERED.**

Dated: August 14, 2020

JOSEPH C. SPERO
Chief Magistrate Judge