CITY AND COUNTY OF SAN FRANCISCO        OFFICE OF THE DISTRICT ATTORNEY



Chesa Boudin
District Attorney

Lateef H. Gray
Managing Attorney
Independent Investigations Bureau
DIRECT DIAL: (415) 551-9506
E-MAIL:
LATEEF.GRAY@SFGOV.ORG

September 29, 2020

*Via Electronic Filing*
Honorable Joseph C. Spero
Chief Magistrate Judge
San Francisco Courthouse
Courtroom F-15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Order Regarding District Attorney Investigation

Dear Honorable Judge Spero:

    I write in response to the Court's Order dated August 14, 2020 (Docket # 105) in Case No. 3:17-cv-07190-JCS. We apologize to the Court for any delay caused by our belated response, as due to Covid-19 and its related restrictions, we did not receive the physical copy of the Court's order until September 23, 2020.

    Although we understand the Court's concerns, given the confidential nature of our work, we cannot publicly disclose the status of our investigation. However, once a charging decision is made, an update will be provided to the Court.

Best Regards,

/s/ *Lateef H. Gray*

Lateef H. Gray
Managing Attorney
San Francisco District Attorney's Office
Independent Investigations Bureau