DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
HUNTER W. SIMS III, State Bar #266039
RYAN C. STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4259 [Sims]
Telephone:     (415) 554-3975 [Stevens]
Facsimile:     (415) 554-3837
E-Mail:        hunter.sims@sfcityatty.org
E-Mail:        ryan.stevens@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHRISTOPHER SAMAYOA AND EDRIC TALUSAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY O'NEIL, individually and as successor-in-interest to Decedent KEITA O'NEIL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; CHRISTOPHER SAMAYOA, individually and in his capacity as a City of San Francisco Police Officer; EDRIC TALUSAN, individually and in his official capacity as a San Francisco Police Officer; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 17-cv-07190 JCS<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Hearing Date:   November 6, 2020<br>Time:           2:00 p.m.<br>Place:          Courtroom F, 15th Floor<br><br>Trial Date:     Not Set |

Plaintiff JUDY O'NEIL and Defendants CITY AND COUNTY OF SAN FRANCISCO, CHRISTOPHER SAMAYOA and EDRIC TALUSAN by and through their respective attorneys of record hereby submit this Updated Case Management Statement, in addition to the statement for consideration at the November 6, 2020 Further Case Management Conference.

### FURTHER CASE MANAGEMENT STATEMENT

Since the last Case Management Conference, the parties have worked collaboratively to complete discovery with the exception of discovery to the individually named officers.  These efforts have been complicated by the current COVID-19 pandemic and the fact that counsel for Defendants was occupied by pre-trial preparations for trials that were scheduled in San Francisco Superior Court on August 31, 2020 and October 13, 2020.  Nonetheless, the parties have taken five depositions since the last Case Management Conference and the City has produced hundreds of documents.

As the Court is aware, Mr. Lateef Gray of the San Francisco District Attorney's Office filed an updated with the Court on September 30, 2020. (Dkt. 111.)  Since Mr. Gray's letter, the parties have learned that the District Attorney will convene a grand jury and those proceedings will commence on November 9, 2020.  The parties are presently unaware of how long those proceedings will last.

Dated:  October 30, 2020

                                                         DENNIS J. HERRERA
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
HUNTER W. SIMS III
RYAN C. STEVENS
Deputy City Attorneys

By:  */s/ Hunter W. Sims III*
     HUNTER W. SIMS III
     Attorneys for Defendants

Dated:  October 30, 2020         **POINTER & BUELNA, LLP**

     */s/ Patrick Buelna*
    PATRICK M. BUELNA
    Attorneys for Plaintiff