```
DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
HUNTER W. SIMS III, State Bar #266039
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4259 (Sims)
Telephone:    (415) 554-3975 (Stevens)
Facsimile:    (415) 554-3837
E-Mail:       hunter.sims@sfcityatty.org
E-Mail:       ryan.stevens@sfcityatty.org
```

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHRISTOPHER SAMAYOA and EDRIC TALUSAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY O'NEIL, individually and as successor-in-interest to Decedent KEITA O'NEIL, through her Guardian Ad Litem, APRIL GREEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; CHRISTOPHER SAMAYOA, individually and in his capacity as a City of San Francisco Police Officer; EDRIC TALUSAN, individually and in his official capacity as a San Francisco Police Officer; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 17-cv-07190 JCS<br><br>**STIPULATED ADMINISTRATIVE MOTION TO SHORTEN TIME ON DEFENDANTS' MOTION TO VACATE THE TRIAL DATE AND STAY DISCOVERY RELATED TO DEFENDANT SAMAYOA; [~~PROPOSED~~] ORDER**<br><br>Trial Date:    July 12, 2021 |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties submit this stipulated request to shorten time for briefing and a hearing on Defendants' Motion to Vacate the Trial Date and Stay Discovery Related to Defendant Samayoa. The parties base their request on the following:

1. Fact Discovery in this case is set to close on Thursday, December 31, 2021.

2. Trial is scheduled to begin in this case on Monday, July 12, 2021.

3. Defendants are filing concurrently with this stipulated administrative motion Defendants' Motion to Vacate the Trial Date and Stay Discovery Related to Defendant Samayoa. As set forth in Defendants' concurrently filed motion to vacate the trial date, Defendants seek to vacate the current trial date and stay discovery related to Defendant Samayoa to allow ongoing criminal proceedings against Defendant Christopher Samayoa to resolve. Defendants submit as **Exhibit A** to the declaration of Hunter W. Sims III, submitted herewith, a copy of the Trial Date and Stay Discovery Related to Defendant Samayoa that they request to have heard on shortened time. (Declaration of Hunter W. Sims III in Support of Stipulated Administrative Motion to Shorten Time ("Sims Decl.") ¶ 2.)

4. An order shortening time is necessary because without such an order Defendants' Motion to Vacate the Trial Date and Stay Discovery Related to Defendant Samayoa will be heard after the close of fact discovery. In the event this Administrative Motion be denied, the parties intend to file an Administrative Motion to Extend the Fact Discovery deadline to avoid the potentially unnecessary exercise of deposing Defendant Samayoa and having him assert his Fifth Amendment rights to most, if not all, of the relevant questioning.

5. The parties' request for an order shortening time will not change any of the existing schedule. (Sims Decl. ¶ 3.)

///

///

///

For the reasons stated above, the parties stipulate to the following shortened briefing and hearing schedule:

- Defendants' Motion to Vacate the Trial Date and Stay Discovery Related to Defendant Samayoa: November 25, 2020;
- Plaintiff's Opposition due: December 4, 2020;
- Defendants' Reply due: December 7, 2020;
- Hearing on motion: December 11, 2020 at 9:30 a.m. (or as soon thereafter as possible).

**IT IS SO STIPULATED.**

Dated:  November 25, 2020

    DENNIS J. HERRERA
    City Attorney
    MEREDITH B. OSBORN
    Chief Trial Deputy
    HUNTER W. SIMS III
    RYAN STEVENS
    Deputy City Attorneys

By: /s/ *Hunter W. Sims III*
    HUNTER W. SIMS III

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHRISTOPHER SAMAYOA and EDRIC TALUSAN

Dated:  November 25, 2020    **POINTER & BUELNA, LLP**

    /s/ *Patrick Buelna*
    PATRICK M. BUELNA
    Attorneys for Plaintiff

**[PROPOSED] ORDER**

Based on the above stipulated motion and for good cause appearing, the Court ORDERS as follows: (1) the deadline for Plaintiff to file his opposition, if any, to Defendants' Motion to Vacate the Trial Date and Stay Discovery Related to Defendant Samayoa shall be December 4, 2020; (2) the deadline for Defendants to file their reply brief, if any, shall be December 7, 2020; (3) the hearing on Defendants' Motion to Vacate the Trial Date and Stay Discovery Related to Defendant Samayoa shall be December 11, 2020 at 9:30 a.m., or as soon thereafter as determined by the Court.

**IT IS SO ORDERED.**

Dated: November 30, 2020

_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge