UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY O'NEIL,<br><br>                Plaintiff,<br><br>        v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>                Defendants. | Case No. 17-cv-07190-JCS<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 120 |

Compelling reasons having been shown, Plaintiff's administrative motion to file under seal (dkt. 120) is GRANTED.

**IT IS SO ORDERED.**

Dated: December 28, 2020

JOSEPH C. SPERO
Chief Magistrate Judge