UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY O'NEIL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-07190-JCS<br><br>**ORDER DENYING MOTION TO STAY AND MOTION TO STRIKE**<br><br>Re: Dkt. Nos. 114, 124 |

In light of the parties' stipulation (dkt. 128) regarding the authenticity of a doctor's letter submitted by Plaintiff Judy O'Neil, and for the reasons stated in the Court's order dated January 12, 2021 (dkt. 127), Defendants' motion to stay (dkt. 114) and motion to strike (dkt. 124) are DENIED. The case will proceed on the schedule stated in the January 12, 2021 order.

This order is without prejudice to Defendants filing a new motion if subsequent developments or later-discovered evidence as to Ms. O'Neil's health so warrant. That said, as stated in the Court's previous order, the decision to deny the stay does not require a high degree of confidence that Ms. O'Neil would not live to see trial; it is enough that there is a significant risk of her death. Defendants must be prepared to try the case on the current schedule even if they intend to file another motion to stay.

**IT IS SO ORDERED.**

Dated: January 25, 2021

JOSEPH C. SPERO
Chief Magistrate Judge