DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
HUNTER W. SIMS III, State Bar #266039
RYAN C. STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4259 [Sims]
Telephone:     (415) 554-3975 [Stevens]
Facsimile:      (415) 554-3837
E-Mail:          hunter.sims@sfcityatty.org
E-Mail:          ryan.stevens@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHRISTOPHER SAMAYOA AND EDRIC TALUSAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY O'NEIL, individually and as successor-in-interest to Decedent KEITA O'NEIL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; CHRISTOPHER SAMAYOA, individually and in his capacity as a City of San Francisco Police Officer; EDRIC TALUSAN, individually and in his official capacity as a San Francisco Police Officer; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 17-cv-07190 JCS<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Hearing Date:     March 5, 2021<br>Time:                   2:00 p.m.<br>Place:                  Courtroom F, 15th Floor<br><br>Trial Date:          October 12, 2021 |

Plaintiff JUDY O'NEIL and Defendants CITY AND COUNTY OF SAN FRANCISCO, CHRISTOPHER SAMAYOA and EDRIC TALUSAN by and through their respective attorneys of record hereby submit this Updated Case Management Statement, in addition to the statement for consideration at the March 5, 2021 Further Case Management Conference.

### FURTHER CASE MANAGEMENT STATEMENT

Since the last Case Management Conference, Defendant Christopher Samayoa has been charged by the San Francisco District Attorney's Office with homicide related charges for the same conduct that underlies this civil lawsuit. The Court denied Defendant Samayoa's Motion to Stay Proceedings on January 25, 2021. (Dkt 129.) Trial is now set for October 12, 2021. (Dkt 127.)

With respect to the prosecution schedule for Defendant Samayoa, it is defense counsel's understanding that a preliminary hearing is set to be held on February 26, 2021. Defense counsel believes the preliminary will be continued but cannot confirm this to be the case at the time of filing. However, defendants expect to be able to update the Court on the status of the criminal prosecution at the Case Management Conference. Nevertheless, once the preliminary hearing is held the parties anticipate a trial will be set. The parties agree to keep the Court updated on the status of the criminal prosecution.

Lastly, the parties have worked collaboratively and have completed fact discovery with the exception of Officer Samayoa's deposition. The parties have now disclosed experts. Deposition dates have been set for all retained experts. The parties expect the depositions of the non-retained experts

///
///
///

1  will be set by the Case Management Conference.  The parties expect they will request a brief

2  extension of expert discovery due to scheduling conflicts of the witnesses.

3  Dated:  February 26, 2021

                                              DENNIS J. HERRERA
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
HUNTER W. SIMS III
RYAN C. STEVENS
Deputy City Attorneys

                                   By: */s/ Hunter W. Sims III*
HUNTER W. SIMS III
Attorneys for Defendants

Dated:  February 26, 2021          POINTER & BUELNA, LLP

                                        */s/ Patrick Buelna*
PATRICK M. BUELNA
Attorneys for Plaintiff