# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### ZOOM CIVIL MINUTE ORDER

| **Case No.:** 17-cv-07190-JCS | **Case Name:** O'Neil v. City and County of San Francisco | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: March 5, 2021 | **Time:** 7 M |

**Attorney for Plaintiff:**  Adante Pointer for Patrick Buelna
**Attorney for Defendant:**  Ryan Stevens for Hunter Sims

**Deputy Clerk:** Karen Hom          **Court Reporter:** Not Reported

### ZOOM WEBINAR PROCEEDINGS

1. Further Case Mgmt Conference - Held

### ORDERED AFTER HEARING

Updated joint case management conference statement due 6/25/2021.

**NOTES:** As to the underlying state court criminal case, a scheduling conference to set a preliminary hearing is set for May 14, 2021.

**CASE CONTINUED TO:**   07/02/2021 at 9:30 AM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.