# EXHIBIT 2

# MANUALLY FILED