# EXHIBIT 3

# MANUALLY FILED