# EXHIBIT 4





















