**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY O'NEIL, et al. | CASE NO.: 3:17-cv-07190-JCS |
| Plaintiff, | |
| v. | **DECLARATION OF PATRICK BUELNA** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | HON. JOSPEH C. SPERO |
| Defendants. | |

I, PATRICK M. BUELNA, declare:

1. I am licensed to practice in the state of California and have been admitted to courts in the Northern, Central and Eastern District of California, and the Ninth Circuit Court of Appeals. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.
2. EXHIBIT 1 – is a true and correct copy of portions of Defendant Talusan's deposition transcript.
3. EXHIBIT 2 - is a true and correct copy of the surveillance camera from the Doublerock housing project.
4. EXHIBIT 3 - is a true and correct copy of Defendant Samayoa's body-worn camera video footage.
5. EXHIBIT 4 - is a true and correct copy of still frames taken from Defendant Samayoa's body-worn camera video footage.
6. EXHIBIT 1 – is a true and correct copy of portions of Dr. Rossetter's deposition transcript.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: May 14, 2021                     Respectfully submitted,

**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**

/s/ Patrick Buelna
PATRICK M. BUELNA
COUNSEL FOR PLAINTIFFS

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400