# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY O'NEIL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | CASE NO.: 3:17-cv-07190-JCS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S CLAIMS FOR EXCESSIVE FORCE AND NEGLIGENCE**<br><br>HON. JOSPEH C. SPERO |

　　　Plaintiff's liability portion of her Fourth Amendment excessive force claim and state negligence claim are GRANTED.

　　　IT IS SO ORDERED.

Date: _____, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE