DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
HUNTER W. SIMS III, State Bar #266039
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4259 (Sims)
Telephone:     (415) 554-3975 (Stevens)
Facsimile:      (415) 554-3837
E-Mail:         hunter.sims@sfcityatty.org
E-Mail:         ryan.stevens@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHRISTOPHER SAMAYOA and EDRIC TALUSAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY O'NEIL, individually and as successor-in-interest to Decedent KEITA O'NEIL, through her Guardian Ad Litem, APRIL GREEN, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; CHRISTOPHER SAMAYOA, individually and in his capacity as a City of San Francisco Police Officer; EDRIC TALUSAN, individually and in his official capacity as a San Francisco Police Officer; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 17-cv-07190 JCS <br><br> **DECLARATION OF KIRSTIN WALKER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Trial Date:          October 12, 2021 |

I, KIRSTIN WALKER, declare as follows:

1.      I am a custodian of records at San Francisco's Department of Emergency Management ("DEM").  I have personal knowledge of the contents of this declaration, and, if called upon to testify, I could and would testify competently to the contents of this declaration.

2.      DEM handles all of the 911 and radio calls for the San Francisco Police Department and the San Francisco Fire Department.

3.      I have reviewed the audio excerpts attached to this declaration.  The audio records are created by DEM in the normal course of business at or about the time of the event.  DEM relies upon and uses the audio records to facilitate emergency response to criminal and emergency situations.  The audio records document portions of the radio traffic between police officers at the time of the incident.

4.      I have reviewed attachment A, which is a true and correct copy of the DEM audio file 1032-1059 dt14 from December 1, 2017, related to call 173351282.

5.      I have reviewed attachment B, which is a true and correct copy of the written DEM CAD from December 1, 2017, related to call 173351282.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I signed this declaration on May 11, 2021, in San Francisco, California.

_____
KIRSTIN WALKER