**PLACEHOLDER FOR MEDIA EXHIBIT**

**EXHIBIT A – FILED MANUALLY AND UNDER SEAL**

**DECLARATION OF KIRSTIN WALKER**

**IN SUPPORT OF DEFENDANTS'**

**MOTION FOR SUMMARY JUDGMENT**