# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** 2/8/22 & 2/9/22 **Time:** 3.5 hours **Judge:** JACQUELINE SCOTT CORLEY

**Case No.**: 17-cv-07190-JCS **Case Name:** O'Neil v. City and County of San Francisco

**Attorneys for Plaintiff:** John Burris/Adante Pointer
**Guardian Ad Litem:** April Green

**Deputy Clerk:** Ada Means **Court Reporter:** Not reported

## PROCEEDINGS

Several video and telephone settlement discussions were held with Plaintiff's counsel and the guardian ad litem.

## ORDERED AFTER HEARING

Plaintiff's counsel shall file a motion for approval of the settlement by March 10, 2022. The guardian ad litem may file a response by March 31, 2022. The trial judge is requested to hold oral argument at which the guardian ad litem may appear. Plaintiff's counsel is responsible for ensuring that the guardian ad litem is aware of the hearing date and time and how to appear by video.