**JOHN L. BURRIS, ESQ., SBN 69888**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Email:  John.Burris@johnburrislaw.com

**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140
Oakland, CA 94612
Tel: (510) 929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

**MELISSA C. NOLD, Esq. SBN 301378**
**NOLD LAW**
Russo Building
521 Georgia Street
Vallejo, California 94590
Telephone: (707)644-4004
melissa@noldlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF JUDY O'NEIL, by and thru her guardian ad litem, APRIL GREEN;<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>　　　　　Defendant(s). | Case No.: 3:17-cv-07190-JCS<br><br>**AMENDED [~~PROPOSED~~] ORDER COMPRISING PLAINTIFF JUDY O'NEIL'S CLAIMS**<br><br>HON. JOSEPH C. SPERO |

**After holding a hearing on this matter and reviewing the court's case file the Court hereby ORDERS the following:**

1. The Compromise and resolution of Plaintiff Judy O'Neil's claims against all Defendants.

2. The Defendants have agreed and shall pay Plaintiff a total sum of $2,500,000.00 in exchange for Plaintiff dismissing the entire action with prejudice.

3. The total sum shall be distributed accordingly:

    a. $1,125,000.00 shall be paid to the Law Offices of John L. Burris for compensation as reasonable attorney's fees per the retainer agreement executed by Plaintiff and Attorney John Burris.

    b. $29,964.60 shall be paid to the Law Offices of John L. Burris to repay the case expenses that were advanced by the Law Offices of John L. Burris on Plaintiff's behalf.

    c. The remaining balance of $1,345,035.50 shall be made payable to "April Green, Conservator of Judy O'Neil.[1]" Plaintiff's portion of the settlement funds will be delivered to the Conservator's attorney, Jessica Jones of the Urbatsch Law Firm.

**It is so ORDERED:**

Dated:  June 30, 2022

JOSEPH C. SPERO
CHIEF MAGISTRATE JUDGE

---

[1] On April 7, 2022, Alameda County Superior Court Judge Bean appointed Ms. April O'Neil, Plaintiff's sister, her Conservator.